### In the Matter of Mark Andrew GUINN.

**No. 91 DB 2005 (No. 52 RST 2005).**

Supreme Court of Pennsylvania.

Nov. 29, 2005.

*O R D E R*

PETITION FOR REINSTATEMENT FROM INACTIVE STATUS

PER CURIAM:

AND NOW, this 29th day of November, 2005, the Report and Recommendations of the Disciplinary Board dated November 1, 2005, are approved and it is ORDERED that MARK ANDREW GUINN, who has been on inactive status, has never been suspended or disbarred, and has demonstrated that he has the moral qualifica-

tions, competency and learning in law required for admission to practice in the Commonwealth, shall be and is hereby reinstated to active status as a member of the Bar of this Commonwealth. The expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement shall be paid by the Petitioner.